# JAMES FRASER
### v.
# CHARLES CHOVIN

## 1811

### JOURNAL ENTRIES
1. Declaration filed; alias granted  .  .  .  .  . *Journal, infra,* \*p. 359

### PAPERS IN FILE
1. Capias and return .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .
2. Declaration .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .

# JOACHIN PERA
### v.
# RALPH M. POMEROY

## 1811

### JOURNAL ENTRIES
1. Declaration filed; plea; issue; continuance  .  . *Journal, infra,* \*p. 359
2. Bail bond cancelled  .  .  .  .  .  .  .  .  .  .  .  " 361
3. Plea in abatement .  .  .  .  .  .  .  .  .  .  .  " 404

### PAPERS IN FILE
1. Capias and return .  .  .  .  .  .  .  .  .  .  .  .  .  .
2. Appearance bond  .  .  .  .  .  .  .  .  .  .  .  .  .  .
3. Declaration .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .
4. Plea in abatement .  .  .  .  .  .  .  .  .  . *Printed in Vol. 2*